**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2268**

———————

FNU AMELIA,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A97-640-908)

———————

Submitted:  June 12, 2006          Decided:  June 29, 2006

———————

Before MICHAEL, MOTZ, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Steven A. Morley, MORLEY, SURIN & GRIFFIN, P.C., Philadelphia,
Pennsylvania, for Petitioner. Peter D. Keisler, Assistant Attorney
General, Michelle Gorden Latour, Assistant Director, John E.
Cunningham III, Trial Attorney, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fnu Amelia, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture.[*]

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Amelia fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Amelia cannot meet the higher standard to qualify for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]Amelia does not challenge the finding that she failed to qualify for protection under the Convention Against Torture.